Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
145 South Fairfax Avenue
Suite 200, PMB 17382949
Los Angeles, CA 90036
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Ivan Radic*

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| IVAN RADIC,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM TRANSPORT SERVICE LLC,<br><br>Defendant. | CASE NO.: 5:26-cv-05930<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff IVAN RADIC by and throughhis undersigned counsel, brings this Complaint against Defendant FREEDOM TRANSPORT SERVICE LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff IVAN RADIC ("Radic") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Radic's original copyrighted Work of authorship after removal of his copyright management information ("CMI").

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

2. Radic has been a professional photographer since 2017. Radic works with many different clients and focuses on different styles of photography.

3. Defendant FREEDOM TRANSPORT SERVICE LLC ("Freedom") is a nationwide auto transport company based in Canyon Lake, California, providing door-to-door vehicle shipping throughout the United States. The company offers insured open and enclosed transport services, transparent pricing, and responsive customer support, helping customers safely move vehicles for relocations, purchases, dealership logistics, military transfers, and seasonal travel. At all times relevant herein, Freedom owned and operated the internet website located at the URL http://www.freedomtransportservice.com (the "Website").

4. Radic alleges that Defendant copied Radic's copyrighted Work from the internet in order to advertise, market and promote its business activities. Freedom committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Freedom's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. §§ 501 and 1202..

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Freedom engaged in infringement in this district, Freedom resides in this district, and Freedom is subject to personal jurisdiction in this district.

## DEFENDANT

9. Freedom Transport Service LLC is a California Limited Liability Company, with its principal place of business at 31532 Railroad Canyon Road, Suite

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

111, Canyon Lake, California, 92587, and can be served by serving its Registered Agent, Corporation Agents, Inc., 500 North Brand Boulevard, Suite 890, Glendale, California.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2021, Radic created the photograph entitled “Close up of an electric car charging,” which is shown below and referred to herein as the “Work”.



11. Radic's Work is protected by copyright but is not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

12. Radic registered the Work with the Register of Copyrights on September 17, 2021 as part of a group registration. The Group Registration was assigned registration number VA 2-446-637. The Certificate of Registration is attached hereto as **Exhibit 1**.

13. Radic makes his work available via Flickr and a Creative Commons 2.0 License.

14. Radic published the Work on or about January 01, 2021, by displaying it on Flickr at the internet URL: https://flickr.com/photos/26344495@N05/50981261653/in/photolist-2kF3hVT-2kF7sqF-2kQRugn-2kDmtQc-2kFkfQw-2kA8CAZ-2kD1JoH-2kmVk9H-2kCvT5r-2kSbkbj-2kA4seq-2oab3B5-2oacpAR. Attached hereto as **Exhibit 2** is a true and correct screenshot of the Work on Flickr.

15. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

16. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

17. Radic's display of the Work on Flickr also included CMI next to the Work in the form of Radic's name, the year when the Work was first created, and the link to the licensing terms.

18. At all relevant times Radic was the exclusive owner of the copyrighted Work.

## INFRINGEMENT BY FREEDOM

19. Freedom has never been licensed to use the Work for any purpose.

20. On a date after the Work was created, but prior to the filing of this action, Freedom copied the Work.

21. Within three years of filing this action, Radic learned of the unauthorized use of his Work on the Website at the following URL: https://static.wixstatic.com/media/95abe5_71edb275a053408ea4ff06d340a28864~mv

[1] https://creativecommons.org/licenses/by/2.0/



SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

2.png/v1/fill/w_640,h_640,al_c,q_90,usm_0.66_1.00_0.01,enc_auto/95abe5_71edb275a053408ea4ff06d340a28864~mv2.png.

22. Freedom copied Radic's copyrighted Work without Radic's permission.

23. After Freedom copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its vehicle shipping service company.

24. Freedom copied and distributed Radic's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

25. Freedom committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 3**.

26. Radic never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

27. Radic notified Freedom of the allegations set forth herein on May 21, 2026, July 1, 2026, July 16, 2026, and August 3, 2026. The Parties have failed to resolve the matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

28. Radic incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29. Radic owns a valid copyright in the Work.

30. Radic registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31. Freedom copied, displayed, and distributed the Work and made derivatives of the Work without Radic's authorization in violation of 17 U.S.C. § 501.

32. Freedom performed the acts alleged in the course and scope of its business activities.

33. Defendant's acts were willful.

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

34. Radic has been damaged.

35. The harm caused to Radic has been irreparable.

**COUNT II**
**VICARIOUS COPYRIGHT INFRINGEMENT**

36. Radic incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

37. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

38. Freedom has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

39. Despite having the ability to stop the infringed Work from being displayed on its Website, Freedom allowed the materials to remain up for display.

40. To the extent that the actions described above were performed by the third-party alone, Freedom is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Radic's authorization in violation of 17 U.S.C. § 501.

41. Radic has been damaged.

42. The harm caused to Radic has been irreparable.

**COUNT III**
**REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**

43. Radic incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

44. The Work at issue in this case requires attribution and contains CMI.

45. Freedom knowingly and with the intent to enable or facilitate copyright infringement, displayed the Work on Freedom's Website, without any of the attributions in violation of 17 U.S.C. § 1202(b).

46. Freedom distributed the Work to the Website knowing that the CMI has been removed or altered without the authority of the copyright owner or the law.

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE

47. Freedom committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Radic's rights in the Work.

48. Freedom caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Radic's rights in the Work.

49. Radic has been damaged.

50. The harm caused to Radic has been irreparable.

WHEREFORE, the Plaintiff IVAN RADIC prays for judgment against the Defendant FREEDOM TRANSPORT SERVICE LLC that:

a. Freedom and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Freedom be required to pay Radic his actual damages and Defendant's profits attributable to the infringement, or, at Radic's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Radic be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Radic be awarded pre- and post-judgment interest; and

e. Radic be awarded such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Radic hereby demands a trial by jury of all issues so triable.

DATED: October 7, 2026

Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN

**SRIPLAW, P.A.**
*Counsel for Plaintiff Ivan Radic*

SRIPLAW
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE